July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

J.M. ARPAD LAMELL, Appellant

NO. 14-12-00412-CV                                  V.

INDYMAC MORTGAGE SERVICES, F.S., A DIVISION OF ONE WEST
BANK, FSB, A FOREIGN CORPORATION, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on April 10, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, J.M. Arpad Lamell.

We further order this decision certified below for observance.